AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

AVIVA PLC, formerly known as COMMERCIAL UNION ASSURANCE COMPANY LTD.,

Plaintiff (s).

V.

THE FLINTKOTE COMPANY,

Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-CV-0711-SI

Notice is hereby given that, subject to approval by the court, __AVIVA PLC__ substitutes
(Party (s) Name)

__ANDREW G. WANGER__, State Bar No. __166449__ as counsel of record in
(Name of New Attorney)

place of __William P. Zeller, Jr., WALKER WILCOX MATOUSEK LLP.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        CLYDE & CO US LLP
Address:          101 Second Street, 24th Floor, San Francisco, CA 94105
Telephone:        415.365.9800              Facsimile 415365.9801
E-Mail (Optional): andrew.wanger@clydeco.us

I consent to the above substitution.

Date: April 16, 2013

AVIVA PLC
*(Signature of Party (s))*
By: Stephanie Reinertsen, Authorized Representative

I consent to being substituted.

Date: April 12, 2013

WALKER WILCOX MATOUSEK LLP

*(Signature of Old Attorney)*
William P. Zeller

I consent to the above substitution.

Date: April 12, 2013

CLYDE & CO US LLP

*(Signature of New Attorney)*
Andrew G. Wanger

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/16/13

*(Signature)*
Judge
Hon. Susan Illston

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com