IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AVIVA PLC,

      Plaintiff,

  v.

THE FLINTKOTE COMPANY,

      Defendant.

No. C 13-00711 SI

**ORDER TO FILE STATUS STATEMENT**

On May 14, 2013, this Court stayed determination of defendant Flinktkote's motion to dismiss, or transfer, or stay this action in light of the first-filed case pending between the parties in District Court of Delaware. *See Flintkote Company v. Aviva PLC*, Case No. 13-cv-00103-LPS, District Court Delaware. The stay was issued because the question of whether the first-filed Delaware case was properly filed in Delaware, or should instead be transferred to California under the anticipatory exception to the first-filed doctrine, was then fully briefed and before the District Court of Delaware for determination on Aviva's motion to dismiss for improper venue. *See* Case No. 13-cv-00103-LPS, Docket Nos. 13, 16, 20. The parties were ordered to file a notice within five (5) days after the Court in Delaware issued its order on the motion to dismiss for improper venue, informing this Court of the ruling in Delaware.

To date, this Court has received no notice of ruling, or other action by the Delaware court. Accordingly, the parties are ORDERED to file a Joint Status Statement on or before September 20, 2013, informing this Court of the status of the Delaware action.

**IT IS SO ORDERED.**

Dated: September 10, 2013

                                                          SUSAN ILLSTON
                                                          UNITED STATES DISTRICT JUDGE