IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA PLC, formerly known as COMMERCIAL UNION ASSURANCE COMPANY LTD., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>THE FLINTKOTE COMPANY, <br><br>　　　　Defendant. | No. CV 13-00711 SI <br><br>**JUDGMENT** |

This action has ben dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 25, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge