IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLINTKOTE COMPANY, | No. C-15-1638 MMC |
|     Plaintiff | |
|     v. | **ORDER OF REFERRAL** |
| AVIVA PLC, | |
|     Defendant. / | |

The Court having reviewed defendant's Second Notice of Pendency of Other Action and plaintiff's Response thereto, both filed in <u>Aviva PLC v. The Flintkote Company</u>, 13-0711 SI, the above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Susan Illston for consideration of whether the case is related to said earlier-filed action.

**IT IS SO ORDERED.**

Dated: April 22, 2015

MAXINE M. CHESNEY
United States District Judge